IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOSEPH CLARK**                                                                          **PLAINTIFF**

v.                                      **Case No. 4:11-cv-00762-KGB**

**AE OUTFITTERS RETAIL CO.**                                    **DEFENDANT**

### ORDER OF DISMISSAL

Pending is the parties Joint Motion to Dismiss with Prejudice (Dkt. No. 15). The Court has been advised that the parties have resolved this matter. Therefore, the Court finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

SO ORDERED this the 24 day of July, 2012.

_____
Kristine G. Baker
United States District Judge